Coleman W. Watson, Esq.
coleman@watsonllp.com
California Bar No.: 266015
*Attorneys for Plaintiff, Coding Technologies, LLC*
Watson LLP
189 S. Orange Avenue, Ste. 810
Orlando, FL 32801
Tel: (407) 377-6634
Fax: (407) 377-6688

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CODING TECHNOLOGIES, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>DELTA ELECTRONICS (AMERICAS) LTD.,<br><br><br>      Defendant. | **Case No. 3:19-cv-00067-EDL:**<br><br>**NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL** |

Plaintiff, CODING TECHNOLOGIES, LLC, hereby gives notice that this action has been settled and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses this action with prejudice with both parties to bear their own attorneys' fees and expenses.

**DATED** on April 24, 2019

Respectfully submitted,

WATSON LLP

*/s/ Coleman Watson*

WATSON LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Telephone: 407.377.6634

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Coleman W. Watson, Esq.**
Florida Bar. No. 0087288
California Bar No. 266015
Georgia Bar No. 317133
New York Bar Reg. No. 4850004
Email: coleman@watsonllp.com
          docketing@watsonllp.com

**WATSON LLP**
189 S. Orange Avenue
Suite 810
Orlando, FL 32801
Telephone: 407.377.6634
Facsimile: 407.377.6688

*Attorneys for Plaintiff,*
*Coding Technologies, LLC*

WATSON LLP
189 S. Orange Avenue, Suite 810
Orlando, FL 32801
Telephone: 407.377.6634